UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MELISSA WHITE, | Case No. 1:08-cv-734 |
| Plaintiff, | Chief Judge Paul L. Maloney |
| v. | |
| NORTHERN MICHIGAN REGIONAL HOSPITAL, | |
| Defendant. | |

## JUDGMENT

**Judgment is entered in favor of the defendant** and against the plaintiff to this extent:

The complaint is **DISMISSED without prejudice**.

This is a final order.

**IT IS SO ORDERED** on this 11th day of September 2009.

                                             /s/Paul L. Maloney
                                             Hon. Paul L. Maloney
                                             Chief United States District Judge